**Order entered October 9, 2018**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00538-CV

### GWENDOLYN BYARS, Appellant

### V.

### MANUEL H. ORNELAS, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-18-01578-E**

## ORDER

Before the Court is appellant's October 8, 2018 second motion for an extension of time to file a jurisdictional letter brief.  We **GRANT** the motion and extend the time to Monday, October 29, 2018.  We caution appellant that no further extension will be granted.

/s/      ADA BROWN
         JUSTICE